Judge Hellerstein

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

08 CV 02211

------------------------------------

GEORGESON INC. f/k/a/ GEORGESON : Civil Action No. _____
SHAREHOLDER COMMUNICATIONS, INC. and :
GEORGESON SECURITIES CORPORATION f/k/a :
GEORGESON SHAREHOLDER SECURITIES :
CORPORATION, :
:
Plaintiffs, : **RULE 7.1 STATEMENT**
:
-against- :
:
WESTCHESTER SURPLUS LINES INSURANCE :
COMPANY, :
Defendant. :
:
------------------------------------X

RECEIVED
MAR 05 2008
U.S.D.C. S.D. N.Y.
CASHIERS

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO**
**RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs Georgeson Inc. f/k/a Georgeson Shareholder Communications, Inc. ("Georgeson Shareholder") and Georgeson Securities Corporation f/k/a/ Georgeson Shareholder Securities Corporation ("Georgeson Securities") by and through their undersigned counsel, Thelen Reid Brown Raysman & Steiner LLP, hereby make the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.   Georgeson Shareholder is a Delaware corporation and wholly owned subsidiary of Computershare US Services Inc. a Delaware corporation, which in turn is wholly owned by Computershare US, a Delaware general partnership.

2.   Georgeson Securities is a Delaware corporation and a wholly owned subsidiary of Georgeson Shareholder.

3.  There is no publicly held corporation that owns 10% or more of the stock of Computershare US.

Dated: New York, New York
       March 5, 2008

                                        THELEN REID BROWN RAYSMAN
                                        & STEINER LLP

                                        By: _____
                                            Eli R. Mattioli
                                            Hermann Ferré
                                        875 Third Avenue
                                        New York, New York 10022
                                        (212) 603-2503

                                        Ross B. Bricker
                                        Douglas Rees
                                        Megan A. Byrnes
                                        JENNER & BLOCK LLP
                                        330 N. Wabash Avenue
                                        Chicago, IL 60611
                                        (312) 222-9350

                                        Attorneys for Plaintiffs