AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern       DISTRICT OF       New York

**APPEARANCE**

Case Number: 08 CV 02211

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Westchester Surplus Lines Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/30/2008 | *[signature]* |
| Date | Signature |
| | David S. Sheiffer     DS 4198 |
| | Print Name     Bar Number |
| | 150 E 42nd Street |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 490-3000     (212) 490-3038 |
| | Phone Number     Fax Number |