UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGESON INC. f/k/a GEORGESON SHAREHOLDER COMMUNICATIONS, INC. and GEORGESON SECURITIES CORPORATION f/k/a GEORGESON SHAREHOLDER SECURITIES CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: 08 CV 02211<br><br>STIPULATION OF DISCONTINUANCE WITH PREJUDICE<br><br> |

IT IS HEREBY STIPULATED and agreed that the foregoing action is hereby discontinued with prejudice; and

IT IS FURTHER STIPULATED that as the parties have entered into a confidential settlement agreement dated August 4, 2008 no party or their counsel shall disclose the terms of said agreement absent an order of this Court or another Court of competent jurisdiction; and

IT IS FURTHER STIPULATED that as no party to this action is an infant or incompetent each party shall bear their own attorneys fees and costs.

Dated:   New York, New York
         August 13, 2008

Eli R. Mattioli, Esq.
Herman Ferré, Esq.
THELEN REID BROWN
RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY 10022
(212) 603-2000

Ross B. Bricker, Esq.

David S. Sheiffer, Esq. (DS 4198)
Joseph L. Francoeur, Esq. (JF 8874)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendant
150 East 42nd Street
New York, NY 10017
(212) 490-3000

Douglas Rees, Esq.
Megan A. Byrnes, Esq.
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350

Attorneys for Plaintiffs

So Ordered: 8-14-08

Alvin K. Hellerstein, U.S.D.J.