# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

August 13, 2008

**By Overnight Mail**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

*[Handwritten: The conference is cancelled. 8-14-08   Alvin Hellerstein]*

Re:   *Georgeson, Inc. et al. v. Westchester Surplus Lines Insurance Company*
       Civil Action No. 08 CV ~~0234~~ 2211

Dear Judge Hellerstein:

As you may recall we represent the Defendant Westchester Surplus Lines Insurance Company in the captioned matter and write with the consent of all parties as we are pleased to that this matter has been amicably resolved.

In light of the foregoing, enclosed please find a Stipulation of Discontinuance with Prejudice that the parties also respectfully request be "So Ordered" and entered by the Court.

Please also note that there is a conference presently scheduled before Your Honor for Friday, August 15 at 9:30 a.m. Given the resolution of this matter it is respectfully requested that the conference be cancelled.

Of course, should there be any questions or concerns with respect to the foregoing or otherwise please do no hesitate to call. We greatly appreciate the Court's assistance in this matter.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

David S. Sheiffer

Enclosure

Cc:   Eli Mattioli, Esq.
      (Via e-mail: emattioli@thelen.com)

      Doug Rees, Esq.
      (Via e-mail: drees@jenner.com)

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 8/14/08]*

3325146.1